IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CASE NO. CR508-016 |
| AMANDA J. COSGROVE, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 142), to which no objections have been filed. After a careful de novo review, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. Accordingly, Defendant Cosgrove's Motion to Suppress is **DENIED**. (Doc. 113.)

SO ORDERED this 18th day of June, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA